DORTHA R. SCHIRMER, Plaintiff, v. HOMER KAISENGER et al., Defendants.— Appeal dismissed, without costs, upon stipulation.

■

JOHN H. HAGADORN, Appellant, v. LORENA HALLETT, Respondent.— Motion granted and appeal dismissed, without costs, upon stipulation.

■

CARLTON C. HALLETT, by LORENA HALLETT, His Guardian ad Litem, Respondent, v. JOHN H. HAGADORN, Appellant.— Motion granted and appeal dismissed, without costs, upon stipulation.

■

FRANK HALLETT, Respondent, v. JOHN H. HAGADORN, Appellant.— Motion granted and appeal dismissed, without costs, upon stipulation.

■

JOHN DAMICO, Appellant, v. FRANK LOVE, as Administrator of the Estate of FRED DITCHEN, Deceased, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■

GEORGE T. FUZAK, Respondent, v. HENRY J. HELDMANN et al., Appellants.— Motion granted and appeal dismissed, with $10 motion costs.

■

## (September 30, 1955.)

■

LOUIS A. CHARLES, Respondent, v. RODNEY CLARK et al., Appellants.—

All concur, except Kimball and Wheeler, JJ., who dissent and vote for affirmance. (Appeal from a judgment of Orleans Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.